**Electronically Filed
Supreme Court
SCAP-16-0000337
17-JUL-2018
04:23 PM**

SCAP-16-0000337

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DONALD B. MARKS,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-16-0000337; S.P.P. NO. 14-1-0008; CR. NO. 02-1-2410)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Petitioner-Appellant Donald B. Marks' motion for reconsideration (motion) filed on July 9, 2018, and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 17, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

